UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: LUNA, JUAN M<br>    LUNA, MARIA R<br><br>Debtor(s) | § Case No. 09-73405<br>§<br>§<br>§ |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 12, 2009. The undersigned trustee was appointed on October 26, 2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $        14,234.87

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Administrative expenses | 0.00 |
    | Payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]   $ | 14,234.87 |

The remaining funds are available for distribution.

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing claims in this case was 12/28/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,173.49. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,173.49, for a total compensation of $2,173.49. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/04/2010      By:/s/STEPHEN G. BALSLEY
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 09-73405 | Trustee: | (330410) STEPHEN G. BALSLEY |
| --- | --- | --- | --- |
| Case Name: | LUNA, JUAN M | Filed (f) or Converted (c): | 08/12/09 (f) |
| | LUNA, MARIA R | §341(a) Meeting Date: | 09/16/09 |
| Period Ending: | 06/04/10 | Claims Bar Date: | 12/28/09 |

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 6507 Wander Way, Cary, IL | 176,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Farm 2903 Grove Road, Pecatonica, IL | 245,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - AMCORE Bank (W) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - AMCORE Bank (J) | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Business checking account - AMCORE Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sage Products 401K Plan | 67,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Account receivable - Restaurant Depot Order to Abandon Entered on March 17, 2010. | 20,000.00 | 20,000.00 | OA | 14,230.86 | FA |
| 11 | 1998 Dodge Caravan | 700.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Chevrolet Express Van | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1994 Dodge Ram 1500 Pick-up | 325.00 | 0.00 | DA | 0.00 | FA |
| 14 | Growing herbs and grasses | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1999 Toyota Hino Refrigerated Truck | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Miscellaneous hand tools, cultivator | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 4.01 | Unknown |
| 17 | Assets Totals (Excluding unknown values) | $545,175.00 | $20,000.00 | | $14,234.87 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR): August 12, 2012       Current Projected Date Of Final Report (TFR): June 4, 2010 (Actual)

Printed: 06/04/2010 11:29 AM  V.12.08

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-73405 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LUNA, JUAN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LUNA, MARIA R | | Account: | ***.*****76-65 - Money Market Account |
| Taxpayer ID #: | **-***4134 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 06/04/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 1,489.75 | | 1,489.75 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,955.30 | | 4,445.05 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,230.40 | | 6,675.45 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,130.50 | | 8,805.95 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 392.15 | | 9,198.10 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 332.60 | | 9,530.70 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 267.10 | | 9,797.80 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 112.26 | | 9,910.06 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 969.00 | | 10,879.06 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 287.70 | | 11,166.76 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 11,167.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,167.64 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 11,168.08 |
| 02/17/10 | {10} | Jetro Cash & Carry | Accounts receivable | 1129-000 | 3,064.10 | | 14,232.18 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 14,232.63 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,233.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 14,233.35 |
| 04/06/10 | | Wire out to BNYM account 9200******7665 | Wire out to BNYM account 9200******7665 | 9999-000 | -14,233.35 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -14,233.35 | 0.00 | |
| | | | **Subtotal** | | 14,233.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,233.35** | **$0.00** | |

{} Asset reference(s)

Printed: 06/04/2010 11:29 AM V.12.08

Exhibit B

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 09-73405 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LUNA, JUAN M | | Bank Name: | The Bank of New York Mellon |
| | LUNA, MARIA R | | Account: | 9200-******76-65 - Money Market Account |
| Taxpayer ID #: | **-***4134 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 06/04/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | 9999-000 | 14,233.35 | | 14,233.35 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.68 | | 14,234.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,234.87 |
| | | | **ACCOUNT TOTALS** | | 14,234.87 | 0.00 | $14,234.87 |
| | | | Less: Bank Transfers | | 14,233.35 | 0.00 | |
| | | | **Subtotal** | | 1.52 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.52** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****76-65 | 14,233.35 | 0.00 | 0.00 |
| MMA # 9200-******76-65 | 1.52 | 0.00 | 14,234.87 |
| | **$14,234.87** | **$0.00** | **$14,234.87** |

{} Asset reference(s)        Printed: 06/04/2010 11:29 AM   V.12.08

Printed: 06/04/10 11:29 AM

# Claims Distribution Register

Page: 1

### Case: 09-73405   LUNA, JUAN M

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Secured Claims:** | | | | | | | | |
| 2 | 09/28/09 | 100 | Vida Fresh<br>James P Castranova II,Kirby & McGuinn<br>APC,707 Broadway Suite 1750<br>San Diego, CA 92101<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>James P Castranova II<br>Kirby & McGuinn APC,707 Broadway Suite 1750<br>San Diego, CA 92101<br>------------------------------------------------------------------------***<br>Claim No. 2 is disallowed pursuant to Court Order dated April 21, 2010. | 13,797.91 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 4 | 10/13/09 | 100 | Puget Sound Leasing<br>A Division of First Sound Bank<br>P O Box 1295<br>Issaquah, WA 98027<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>A Division of First Sound Bank<br>P O Box 1295<br>Issaquah, WA 98027<br>------------------------------------------------------------------------***<br>Claim No. 4 is allowed as a secured claim, but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of hte Chapter 7 Bankruptcy Estate. | 15,007.42 | 0.00 * | 0.00 | 0.00 | 0.00 |
| 11 | 11/10/09 | 100 | Deere & Company<br>Attn: Tim Rhoades<br>P.O. Box 6600<br>Johnston, IA 50131<br>&lt;4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)&gt;<br>Attn: Tim Rhoades<br>P.O. Box 6600<br>Johnston, IA 50131<br>------------------------------------------------------------------------***<br>Claim No. 11 is allowed as a secured claim, but disallowed for purposes of distribution. The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 8,377.13 | 0.00 * | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 100:   0% Paid** | $37,182.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | **Total for Secured Claims:** | $37,182.46 | $0.00 | $0.00 | $0.00 | $0.00 |
| **dmin Ch. 7 Claims:** | | | | | | | | |
| | 08/12/09 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;3110-00   Attorney for Trustee Fees (Trustee Firm)&gt; | 3,398.00 | 3,398.00 | 0.00 | 3,398.00 | 3,398.00 |
| | 08/12/09 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;2100-00   Trustee Compensation&gt; | 2,173.49 | 2,173.49 | 0.00 | 2,173.49 | 2,173.49 |
| | | | **Total for Priority 200:   100% Paid** | $5,571.49 | $5,571.49 | $0.00 | $5,571.49 | $5,571.49 |
| | | | **Total for Admin Ch. 7 Claims:** | $5,571.49 | $5,571.49 | $0.00 | $5,571.49 | $5,571.49 |

(*) Denotes objection to Amount Filed

Printed: 06/04/10 11:29 AM

## Claims Distribution Register

Page: 2

Case: 09-73405   LUNA, JUAN M

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Unsecured Claims:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 | 08/28/09 | 610 | Vida Fresh<br>James P Castranova II,Kirby & McGuinn<br>APC,707 Broadway Suite 1750<br>San Diego, CA 92101<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>James P Castranova II<br>Kirby & McGuinn APC,707 Broadway Suite 1750<br>San Diego, CA 92101<br>--------------------------------------------------------------\*\*\* | 13,797.91 | 13,797.91 | 0.00 | 13,797.91 | 1,133.68 |
| 3 | 10/06/09 | 610 | Bio-Green, Inc.<br>30937 Gilmer Road<br>Round Lake, IL 60073<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>30937 Gilmer Road<br>Round Lake, IL 60073<br>--------------------------------------------------------------\*\*\* | 2,186.33 | 2,186.33 | 0.00 | 2,186.33 | 179.64 |
| 5 | 10/17/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>PO Box 15145<br>Wilmington, DE 198505145<br>--------------------------------------------------------------\*\*\* | 3,744.45 | 3,744.45 | 0.00 | 3,744.45 | 307.65 |
| 6 | 10/17/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>PO Box 15145<br>Wilmington, DE 198505145<br>--------------------------------------------------------------\*\*\* | 15,718.67 | 15,718.67 | 0.00 | 15,718.67 | 1,291.49 |
| 7 | 10/17/09 | 610 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>PO Box 15145<br>Wilmington, DE 198505145<br>--------------------------------------------------------------\*\*\* | 8,511.26 | 8,511.26 | 0.00 | 8,511.26 | 699.31 |
| 8 | 10/19/09 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt;<br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br>--------------------------------------------------------------\*\*\* | 5,296.05 | 5,296.05 | 0.00 | 5,296.05 | 435.14 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Printed: 06/04/10 11:29 AM | | | | **Claims Distribution Register** | | | | Page: 3 |
| | | | | Case: 09-73405   LUNA, JUAN M | | | | |

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 9 | 10/22/09 | 610 | Herb Fresh<br>c/o Cox, Wells & Associates<br>3520 West Twenty-Sixth St, Ste One<br>Erie, PA 16506<br><7100-00  General Unsecured § 726(a)(2)><br>c/o Cox, Wells & Associates<br>3520 West Twenty-Sixth St, Ste One<br>Erie, PA 16506 | 24,413.75 | 24,413.75 | 0.00 | 24,413.75 | 2,005.90 |
| 10 | 11/02/09 | 610 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank,c/o Resurgent Capital<br>Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00  General Unsecured § 726(a)(2)><br>Citibank<br>c/o Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | 7,908.10 | 7,908.10 | 0.00 | 7,908.10 | 649.75 |
| 12 | 12/04/09 | 610 | Thomas Heber Coca<br>c/o Juana Elizalde<br>147 George Road<br>Wheeling, IL 60090<br><7100-00  General Unsecured § 726(a)(2)><br>Thomas Heber Coca<br>Bahia Organo MZA. 10 Lote 7<br>Sector 'U' C.P. 70988<br>Santa Cruz, Huautalco, Oax, Mexico | 5,000.00 | 5,000.00 | 0.00 | 5,000.00 | 410.81 |
| 13 | 12/11/09 | 610 | Capital Recovery III LLC<br>As Assignee of HSBC Bank,% Recovery<br>Management Systems Corp,25 SE 2nd Avenue<br>Miami, FL 33131<br><7100-00  General Unsecured § 726(a)(2)><br>As Assignee of HSBC Bank<br>% Recovery Management Systems Corp,25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 1,538.67 | 1,538.67 | 0.00 | 1,538.67 | 126.42 |
| 14 | 12/14/09 | 610 | Fat Law's Farm, Inc.<br>P O Box 970188<br>Waipahu, HI 96797<br><7100-00  General Unsecured § 726(a)(2)><br>P O Box 970188<br>Waipahu, HI 96797 | 17,326.50 | 17,326.50 | 0.00 | 17,326.50 | 1,423.59 |
| | | | Total for Priority 610:   8.21628% Paid | $105,441.69 | $105,441.69 | $0.00 | $105,441.69 | $8,663.38 |
| | | | Total for Unsecured Claims: | $105,441.69 | $105,441.69 | $0.00 | $105,441.69 | $8,663.38 |
| | | | Total for Case : | $148,195.64 | $111,013.18 | $0.00 | $111,013.18 | $14,234.87 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-73405
Case Name: LUNA, JUAN M
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                                           *Proposed Payment*
                              N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $ 2,173.49 | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $ 3,398.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,441.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.2 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Vida Fresh | $ 13,797.91 | $ 1,133.68 |
| 3 | Bio-Green, Inc. | $ 2,186.33 | $ 179.64 |
| 5 | Chase Bank USA, N.A. | $ 3,744.45 | $ 307.65 |
| 6 | Chase Bank USA, N.A. | $ 15,718.67 | $ 1,291.49 |
| 7 | Chase Bank USA, N.A. | $ 8,511.26 | $ 699.31 |
| 8 | PYOD LLC its successors and assigns as assignee of | $ 5,296.05 | $ 435.14 |
| 9 | Herb Fresh | $ 24,413.75 | $ 2,005.90 |
| 10 | PYOD LLC its successors and assigns as assignee of | $ 7,908.10 | $ 649.75 |
| 12 | Thomas Heber Coca | $ 5,000.00 | $ 410.81 |
| 13 | Capital Recovery III LLC | $ 1,538.67 | $ 126.42 |
| 14 | Fat Law's Farm, Inc. | $ 17,326.50 | $ 1,423.59 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**