**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LUNA, JUAN M | § | Case No. 09-73405 |
| LUNA, MARIA R | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/09/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _/ /_____  By: /s/STEPHEN G. BALSLEY
　　　　　　　　　　　　　　　　Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 2                   Date Rcvd: Jul 08, 2010
Case: 09-73405                 Form ID: pdf006             Total Noticed: 43


The following entities were noticed by first class mail on Jul 10, 2010.
db/jdb         Juan M Luna,   Maria R Luna,   6507 Wander Way,   Cary, IL 60013-1341
aty           +Arturo P Gonzalez,   Law Offices of Arturo P Gonzalez,   920 Davis Road,   Suite 100,
                Elgin, IL 60123-1344
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14310997      +Amcore Bank N A,   501 7th St,   Rockford, IL 61104-1299
14310998      +Associated Bank Corp,   1305 Main St,   Stevens Point, WI 54481-2898
14311000      +BP Oil / Citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14310999      +Bio-Green, Inc.,   30937 Gilmer Road,   Round Lake, IL 60073-9525
14311001      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14596039       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14311004      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
14311005      +Cooseman's,   2404 S Wolcott, Unit # 13,   Chicago, IL 60608-5341
14311006      +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
                Simi Valley, CA 93062-5170
14311007      +Credit Bureau Centre,   1804 10th St,   Monroe, WI 53566-1800
14703605      +Deere & Company,   Attn: Tim Rhoades,   P.O. Box 6600,   Johnston, IA 50131-6600
14311008       Eric J. Fernandez & Co. - CPA,   895 W Main St., Suie 1000,   West Dundee, IL 60118-2057
14311009      +Esther Gutierrez,   33 Devonshire Circle,   Elgin, IL 60123-1240
14311010      +Fat Law's Farm, Inc.,   P O Box 970188,   Waipahu, HI 96797-0188
14311011      +Heavy Equipment Services,   2290 US Business Rte 20 East,   P O Box 659,
                Freeport, IL 61032-0659
14311012       Herb Fresh,   c/o Cox, Wells & Associates,   3520 West Twenty-Sixth St, Ste One,   Erie, PA 16506
14311013      +Hitachi Capital America Corp.,   800 Connecticutt Ave,   Norwalk, CT 06854-1738
14311014      +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
14311015      +Hughes.Net,   15009 Lancaster Highway,   Charlotte, NC 28277-2010
14311016      +International Fresh Herbs,   10450 NW 41st Street,   Doral, FL 33178-2372
14311017       John Deere Credit,   6400 NW 86th Street,   P O Box 6600,   Johnston, IA 50131-6600
14311022     ++MARLIN MEDCLR INOVISION,   507 PRUDENTIAL ROAD,   HORSHAM PA 19044-2308
                (address filed with court: Nco Fin /27,   Pob 7216,   Philadelphia, PA 19101)
14311018      +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
14311019      +Midland Credit Mgmt,   8875 Aero Dr  Ste 200,   San Diego, CA 92123-2255
14311020       Mother Nature's Produce,   P O Box 2107,   Oceanside, CA 92051-2107
14311021      +Natural Forest, Inc.,   P O Box 527705,   Miami, FL 33152-7705
14597664      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
14311023      +Puget Sound Leasing,   A Division of First Sound Bank,   P O Box 1295,   Issaquah, WA 98027-0050
14311025      +S & M,   2404 S Wolcott, Unit # 21,   Chicago, IL 60608-5343
14311026      +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
14311027       T.H. Weiss,   P O Box 66632,   Chicago, IL 60666-0632
14311028       Thomas Heber Coca,   Bahia Organo MZA. 10 Lote 7,   Sector 'U' C.P. 70988,
                Santa Cruz, Huautalco, Oax, Mexico
14311029      +Top Line,   P O Box 58492,   Vernon, CA 90058-0492
14311030      +United Airlines,   P O Box 66100,   Chicago, IL 60666-0100
14378387      +Vida Fresh,   James P Castranova II,   Kirby & McGuinn APC,   707 Broadway Suite 1750,
                San Diego CA 92101-5393
14311031       Vida Fresh, Inc.,   c/o James Castranova-Kirby & McGuin,   600 B Street, Suite 1950,
                San Diego, CA 92101-4515
14416025      +Wells Fargo Bank, N.A.,   c/o Andrew Nelson,   Pierce & Associates, P.C.,
                1 North Dearborn, Ste 1300,   Chicago, IL 60602-4373
14311032      +Wells Fargo Home Mtg,   Bankruptcy Department  MAC-X,   3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
The following entities were noticed by electronic transmission on Jul 08, 2010.
14837258      +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 01:49:04     Capital Recovery III LLC,
                As Assignee of HSBC Bank,   % Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,
                Miami FL 33131-1605
14504653      +E-mail/PDF: rmscedi@recoverycorp.com Jul 09 2010 01:49:04     Capital Recovery III LLC,
                % Recovery Management Systems Corp,   Attn Ramesh Singh,   25 SE 2nd Ave Ste 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
14311002*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14311003*     +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14311024*     +Puget Sound Leasing,   A Division of First Sound Bank,   P O Box 1295,   Issaquah, WA 98027-0050
                                                                                               TOTALS: 0, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cbachman           Page 2 of 2              Date Rcvd: Jul 08, 2010
Case: 09-73405                Form ID: pdf006          Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 10, 2010**                                **Signature:**  *Joseph Speetjens*