# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: LUNA, JUAN M § Case No. 09-73405
     LUNA, MARIA R §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $545,175.00     Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,665.29     Claims Discharged
                                                       Without Payment: $137,009.40

Total Expenses of Administration: $5,571.49

---

    3) Total gross receipts of $ 14,236.78 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,236.78
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $488,253.76 | $37,182.46 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,571.49 | 5,571.49 | 5,571.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 148,580.55 | 105,441.69 | 105,441.69 | 8,665.29 |
| **TOTAL DISBURSEMENTS** | $636,834.31 | $148,195.64 | $111,013.18 | $14,236.78 |

4) This case was originally filed under Chapter 7 on August 12, 2009. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2010           By: /s/STEPHEN G. BALSLEY
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Account receivable - Restaurant Depot | 1129-000 | 14,230.86 |
| Interest Income | 1270-000 | 5.92 |
| **TOTAL GROSS RECEIPTS** | | **$14,236.78** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Vida Fresh | 4110-000 | 15,601.80 | 13,797.91 | 0.00 | 0.00 |
| 4 | Puget Sound Leasing | 4110-000 | 2,006.08 | 15,007.42 | 0.00 | 0.00 |
| 11 | Deere & Company | 4110-000 | 10,000.00 | 8,377.13 | 0.00 | 0.00 |
| NOTFILED | Amcore Bank N A | 4110-000 | 39,829.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Bank Corp | 4110-000 | 65,072.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Home Mtg Bankruptcy Department MAC-X | 4110-000 | 265,017.00 | N/A | N/A | 0.00 |
| NOTFILED | Hitachi Capital America Corp. | 4110-000 | 18,450.88 | N/A | N/A | 0.00 |
| NOTFILED | Countrywide Home Lending | 4110-000 | 72,277.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$488,253.76** | **$37,182.46** | **$0.00** | **$0.00** |

### EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 2,173.49 | 2,173.49 | 2,173.49 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 3,398.00 | 3,398.00 | 3,398.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 5,571.49 | 5,571.49 | 5,571.49 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Vida Fresh | 7100-000 | 15,601.80 | 13,797.91 | 13,797.91 | 1,133.93 |
| 3 | Bio-Green, Inc. | 7100-000 | 2,800.00 | 2,186.33 | 2,186.33 | 179.68 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 3,975.00 | 3,744.45 | 3,744.45 | 307.73 |
| 6 | Chase Bank USA, N.A. | 7100-000 | 15,019.00 | 15,718.67 | 15,718.67 | 1,291.77 |
| 7 | Chase Bank USA, N.A. | 7100-000 | 8,132.00 | 8,511.26 | 8,511.26 | 699.46 |
| 8 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 5,049.00 | 5,296.05 | 5,296.05 | 435.23 |
| 9 | Herb Fresh | 7100-000 | 24,413.75 | 24,413.75 | 24,413.75 | 2,006.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | PYOD LLC its successors and assigns as assignee of | 7100-000 | 7,837.00 | 7,908.10 | 7,908.10 | 649.89 |
| 12 | Thomas Heber Coca | 7100-000 | 6,000.00 | 5,000.00 | 5,000.00 | 410.90 |
| 13 | Capital Recovery III LLC | 7100-000 | 1,520.00 | 1,538.67 | 1,538.67 | 126.45 |
| 14 | Fat Law's Farm, Inc. | 7100-000 | 18,000.00 | 17,326.50 | 17,326.50 | 1,423.91 |
| NOTFILED | Macys/fdsb Macy's Bankruptcy | 7100-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Heavy Equipment Services | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | International Fresh Herbs | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Hughes.Net | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Midland Credit Mgmt | 7100-000 | 5,518.00 | N/A | N/A | 0.00 |
| NOTFILED | Mother Nature's Produce | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Top Line | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| NOTFILED | United Airlines | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | T.H. Weiss | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | S & M | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Natural Forest, Inc. | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin /27 | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| NOTFILED | Eric J. Fernandez & Co. - CPA | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Cooseman's | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BP Oil / Citibank | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Credit Bureau Centre | 7100-000 | 208.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 148,580.55 | 105,441.69 | 105,441.69 | 8,665.29 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73405  
**Case Name:** LUNA, JUAN M  
LUNA, MARIA R  
**Period Ending:** 03/24/11

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 08/12/09 (f)  
**§341(a) Meeting Date:** 09/16/09  
**Claims Bar Date:** 12/28/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description**<br>(Scheduled And Unscheduled (u) Property) | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | **Property**<br>**Abandoned**<br>OA=§554(a)<br>DA=§554(c) | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 6507 Wander Way, Cary, IL | 176,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Farm 2903 Grove Road, Pecatonica, IL | 245,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account - AMCORE Bank (W) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account - AMCORE Bank (J) | 50.00 | 0.00 | DA | 0.00 | FA |
| 5 | Business checking account - AMCORE Bank | 500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Miscellaneous household furnishings | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Miscellaneous jewelry | 200.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sage Products 401K Plan | 67,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Account receivable - Restaurant Depot<br>    Order to Abandon Entered on March 17, 2010. | 20,000.00 | 20,000.00 | OA | 14,230.86 | FA |
| 11 | 1998 Dodge Caravan | 700.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Chevrolet Express Van | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 1994 Dodge Ram 1500 Pick-up | 325.00 | 0.00 | DA | 0.00 | FA |
| 14 | Growing herbs and grasses | 10,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1999 Toyota Hino Refrigerated Truck | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Miscellaneous hand tools, cultivator | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 5.92 | FA |
| 17 | Assets    Totals (Excluding unknown values) | **$545,175.00** | **$20,000.00** | | **$14,236.78** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** August 12, 2012    **Current Projected Date Of Final Report (TFR):** June 4, 2010 (Actual)

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-73405 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| Case Name: | LUNA, JUAN M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LUNA, MARIA R | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | **-***4134 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/24/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 1,489.75 | | 1,489.75 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,955.30 | | 4,445.05 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,230.40 | | 6,675.45 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 2,130.50 | | 8,805.95 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 392.15 | | 9,198.10 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 332.60 | | 9,530.70 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 267.10 | | 9,797.80 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 112.26 | | 9,910.06 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 969.00 | | 10,879.06 |
| 11/02/09 | {10} | Jetro Cash & Carry | Account receivable | 1129-000 | 287.70 | | 11,166.76 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.41 | | 11,167.17 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.47 | | 11,167.64 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.44 | | 11,168.08 |
| 02/17/10 | {10} | Jetro Cash & Carry | Accounts receivable | 1129-000 | 3,064.10 | | 14,232.18 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.45 | | 14,232.63 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,233.26 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 14,233.35 |
| 04/06/10 | | Wire out to BNYM account 9200******7665 | Wire out to BNYM account 9200******7665 | 9999-000 | -14,233.35 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | | -14,233.35 | 0.00 | |
| Subtotal | | 14,233.35 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $14,233.35 | $0.00 | |

{} Asset reference(s)

Printed: 03/24/2011 02:12 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-73405  
**Case Name:** LUNA, JUAN M  
LUNA, MARIA R  
**Taxpayer ID #:** **-***4134  
**Period Ending:** 03/24/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | Wire in from JPMorgan Chase Bank, N.A. account ********7665 | 9999-000 | 14,233.35 | | 14,233.35 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.68 | | 14,234.03 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.84 | | 14,234.87 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 14,235.69 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.85 | | 14,236.54 |
| 08/10/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.24 | | 14,236.78 |
| 08/10/10 | | To Account #9200******7666 | transfer to close money market | 9999-000 | | 14,236.78 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,236.78 | 14,236.78 | $0.00 |
| | | | Less: Bank Transfers | | 14,233.35 | 14,236.78 | |
| | | | **Subtotal** | | 3.43 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3.43** | **$0.00** | |

{} Asset reference(s)

Printed: 03/24/2011 02:12 PM    V.12.56

## FORM 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 09-73405  
**Case Name:** LUNA, JUAN M  
  LUNA, MARIA R  
**Taxpayer ID #:** **-***4134  
**Period Ending:** 03/24/11

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/10/10 | | From Account #9200******7665 | transfer to close money market | 9999-000 | 14,236.78 | | 14,236.78 |
| 08/10/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $3,398.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 3,398.00 | 10,838.78 |
| 08/10/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $2,173.49, Trustee Compensation; Reference: | 2100-000 | | 2,173.49 | 8,665.29 |
| 08/10/10 | 103 | Vida Fresh | Dividend paid 8.21% on $13,797.91; Claim# 1; Filed: $13,797.91; Reference: | 7100-000 | | 1,133.93 | 7,531.36 |
| 08/10/10 | 104 | Bio-Green, Inc. | Dividend paid 8.21% on $2,186.33; Claim# 3; Filed: $2,186.33; Reference: | 7100-000 | | 179.68 | 7,351.68 |
| 08/10/10 | 105 | Chase Bank USA, N.A. | Dividend paid 8.21% on $3,744.45; Claim# 5; Filed: $3,744.45; Reference: | 7100-000 | | 307.73 | 7,043.95 |
| 08/10/10 | 106 | Chase Bank USA, N.A. | Dividend paid 8.21% on $15,718.67; Claim# 6; Filed: $15,718.67; Reference: | 7100-000 | | 1,291.77 | 5,752.18 |
| 08/10/10 | 107 | Chase Bank USA, N.A. | Dividend paid 8.21% on $8,511.26; Claim# 7; Filed: $8,511.26; Reference: | 7100-000 | | 699.46 | 5,052.72 |
| 08/10/10 | 108 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $5,296.05; Claim# 8; Filed: $5,296.05; Reference: | 7100-000 | | 435.23 | 4,617.49 |
| 08/10/10 | 109 | Herb Fresh | Dividend paid 8.21% on $24,413.75; Claim# 9; Filed: $24,413.75; Reference: | 7100-000 | | 2,006.34 | 2,611.15 |
| 08/10/10 | 110 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $7,908.10; Claim# 10; Filed: $7,908.10; Reference: | 7100-000 | | 649.89 | 1,961.26 |
| 08/10/10 | 111 | Thomas Heber Coca | Dividend paid 8.21% on $5,000.00; Claim# 12; Filed: $5,000.00; Reference: | 7100-000 | | 410.90 | 1,550.36 |
| 08/10/10 | 112 | Capital Recovery III LLC | Dividend paid 8.21% on $1,538.67; Claim# 13; Filed: $1,538.67; Reference: | 7100-000 | | 126.45 | 1,423.91 |
| 08/10/10 | 113 | Fat Law's Farm, Inc. | Dividend paid 8.21% on $17,326.50; Claim# 14; Filed: $17,326.50; Reference: | 7100-000 | | 1,423.91 | 0.00 |
| 08/16/10 | 114 | Vida Fresh | Dividend paid 8.21% on $13,797.91; Claim# 1; Filed: $13,797.91; Reference: Voided on 08/16/10 | 7100-000 | | ! 1,133.93 | -1,133.93 |
| 08/16/10 | 114 | Vida Fresh | Dividend paid 8.21% on $13,797.91; Claim# 1; Filed: $13,797.91; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -1,133.93 | 0.00 |
| 08/16/10 | 115 | Bio-Green, Inc. | Dividend paid 8.21% on $2,186.33; Claim# 3; Filed: $2,186.33; Reference: Voided on 08/16/10 | 7100-000 | | ! 179.68 | -179.68 |
| 08/16/10 | 115 | Bio-Green, Inc. | Dividend paid 8.21% on $2,186.33; Claim# 3; Filed: $2,186.33; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -179.68 | 0.00 |

Subtotals: $14,236.78  $14,236.78

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 03/24/2011 02:12 PM    V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73405 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | LUNA, JUAN M | | **Bank Name:** | The Bank of New York Mellon |
| | LUNA, MARIA R | | **Account:** | 9200-******76-66 - Checking Account |
| **Taxpayer ID #:** | **-***4134 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 03/24/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/16/10 | 116 | Chase Bank USA, N.A. | Dividend paid 8.21% on $3,744.45; Claim# 5; Filed: $3,744.45; Reference: Voided on 08/16/10 | 7100-000 | | ! 307.73 | -307.73 |
| 08/16/10 | 116 | Chase Bank USA, N.A. | Dividend paid 8.21% on $3,744.45; Claim# 5; Filed: $3,744.45; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -307.73 | 0.00 |
| 08/16/10 | 117 | Chase Bank USA, N.A. | Dividend paid 8.21% on $15,718.67; Claim# 6; Filed: $15,718.67; Reference: Voided on 08/16/10 | 7100-000 | | ! 1,291.77 | -1,291.77 |
| 08/16/10 | 117 | Chase Bank USA, N.A. | Dividend paid 8.21% on $15,718.67; Claim# 6; Filed: $15,718.67; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -1,291.77 | 0.00 |
| 08/16/10 | 118 | Chase Bank USA, N.A. | Dividend paid 8.21% on $8,511.26; Claim# 7; Filed: $8,511.26; Reference: Voided on 08/16/10 | 7100-000 | | ! 699.46 | -699.46 |
| 08/16/10 | 118 | Chase Bank USA, N.A. | Dividend paid 8.21% on $8,511.26; Claim# 7; Filed: $8,511.26; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -699.46 | 0.00 |
| 08/16/10 | 119 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $5,296.05; Claim# 8; Filed: $5,296.05; Reference: Voided on 08/16/10 | 7100-000 | | ! 435.23 | -435.23 |
| 08/16/10 | 119 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $5,296.05; Claim# 8; Filed: $5,296.05; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -435.23 | 0.00 |
| 08/16/10 | 120 | Herb Fresh | Dividend paid 8.21% on $24,413.75; Claim# 9; Filed: $24,413.75; Reference: Voided on 08/16/10 | 7100-000 | | ! 2,006.34 | -2,006.34 |
| 08/16/10 | 120 | Herb Fresh | Dividend paid 8.21% on $24,413.75; Claim# 9; Filed: $24,413.75; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -2,006.34 | 0.00 |
| 08/16/10 | 121 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $7,908.10; Claim# 10; Filed: $7,908.10; Reference: Voided on 08/16/10 | 7100-000 | | ! 649.89 | -649.89 |
| 08/16/10 | 121 | PYOD LLC its successors and assigns as assignee of | Dividend paid 8.21% on $7,908.10; Claim# 10; Filed: $7,908.10; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -649.89 | 0.00 |
| 08/16/10 | 122 | Thomas Heber Coca | Dividend paid 8.21% on $5,000.00; Claim# 12; Filed: $5,000.00; Reference: Voided on 08/16/10 | 7100-000 | | ! 410.90 | -410.90 |

Subtotals :      $0.00      $410.90

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 03/24/2011 02:12 PM          V.12.56

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-73405 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LUNA, JUAN M | | **Bank Name:** | The Bank of New York Mellon |
| | LUNA, MARIA R | | **Account:** | 9200-******76-66 - Checking Account |
| **Taxpayer ID #:** | **-***4134 | | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 03/24/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/16/10 | 122 | Thomas Heber Coca | Dividend paid 8.21% on $5,000.00; Claim# 12; Filed: $5,000.00; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -410.90 | 0.00 |
| 08/16/10 | 123 | Capital Recovery III LLC | Dividend paid 8.21% on $1,538.67; Claim# 13; Filed: $1,538.67; Reference: Voided on 08/16/10 | 7100-000 | | ! 126.45 | -126.45 |
| 08/16/10 | 123 | Capital Recovery III LLC | Dividend paid 8.21% on $1,538.67; Claim# 13; Filed: $1,538.67; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -126.45 | 0.00 |
| 08/16/10 | 124 | Fat Law's Farm, Inc. | Dividend paid 8.21% on $17,326.50; Claim# 14; Filed: $17,326.50; Reference: Voided on 08/16/10 | 7100-000 | | ! 1,423.91 | -1,423.91 |
| 08/16/10 | 124 | Fat Law's Farm, Inc. | Dividend paid 8.21% on $17,326.50; Claim# 14; Filed: $17,326.50; Reference: Voided: check issued on 08/16/10 | 7100-000 | | ! -1,423.91 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,236.78 | 14,236.78 | $0.00 |
| | | | Less: Bank Transfers | | 14,236.78 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,236.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $14,236.78 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****76-65** | 14,233.35 | 0.00 | 0.00 |
| **MMA # 9200-******76-65** | 3.43 | 0.00 | 0.00 |
| **Checking # 9200-******76-66** | 0.00 | 14,236.78 | 0.00 |
| | $14,236.78 | $14,236.78 | $0.00 |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 03/24/2011 02:12 PM     V.12.56